

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00290-CR

Christopher **JUSTICE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3809
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is granted. The appellant's brief is due January 27, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court